KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Daniel Dean Sheets, ) No. CV 1-08-1056-SRB
)
    Plaintiff, ) **ORDER**
)
vs. )
)
C. A. Terhune, et al., )
)
    Defendants. )
)

       Plaintiff Daniel Dean Sheets, who is confined in the United States Penitentiary-Marion, in Marion, Illinois, has filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. #1). This case was reassigned to the undersigned judge on November 25, 2008. On October 14, 2009, the Court dismissed the Complaint and this action (Doc. #8). On February 22, 2010, Plaintiff filed a Motion for Reconsideration.

       Motions for reconsideration should be granted only in rare circumstances. Defenders of Wildlife v. Browner, 909 F. Supp. 1342, 1351 (D. Ariz. 1995). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." School Dist. No. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993). Such motions should not be used for the purpose of asking a court "'to rethink what the court had already thought through — rightly or wrongly.'" Defenders of Wildlife, 909 F. Supp. at 1351 (quoting Above the Belt, Inc. v. Mel

1 Bohannon Roofing, Inc., 99 F.R.D. 99, 101 (E.D.Va. 1983)).

2    The Court dismissed the Complaint as barred by the statute of limitations.  Plaintiff
3 does not offer facts or arguments in his Motion for Reconsideration that demonstrate the
4 Court erred in finding his claims barred by the statute of limitations.  The Court will therefore
5 deny the Motion for Reconsideration.

6    **IT IS ORDERED** that Plaintiff's February 22, 2010 Motion for Reconsideration
7 (Doc. #10) is **denied**.

9    DATED this 30th day of March, 2010.

Susan R. Bolton
United States District Judge